```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Anh Hoang, et al,<br><br>　　　Defendants | Case No. **2:12-cv-00906-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 23, 2012 FOR DEFENDANTS ANH HOANG INDIVIDUALLY AND D/B/A SILKY NAILS; BALSON-GOLDMAN FAMILY TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Anh Hoang Individually and d/b/a Silky Nails; Balson-Goldman Family Trust, by and through their respective attorneys of record, Scott N. Johnson; Eric Garner, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Anh Hoang Individually and d/b/a Silky Nails; Balson-Goldman Family Trust are granted an extension until July 23, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Anh Hoang Individually and d/b/a Silky Nails; Balson-Goldman Family Trust response will be due no later than July 23, 2012.

IT IS SO STIPULATED effective as of May 16, 2012

Dated:  May 18, 2012                /s/Eric Garner_____
                                    Eric Garner,
                                    Attorney for Defendants
                                    Anh Hoang Individually
                                    and d/b/a Silky Nails;
                                    Balson-Goldman Family
                                    Trust

Dated:  May 16, 2012                /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendants Anh Hoang Individually and d/b/a Silky Nails; Balson-Goldman Family Trust shall have until July 23, 2012 to respond to complaint.

Dated:  5/22/2012           /s/ John A. Mendez___        _____
                            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com