SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00906-JAM-KJN** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 23, 2012 FOR DEFENDANTS ANH |
| vs. | ) HOANG INDIVIDUALLY AND D/B/A SILKY NAILS; BALSON-GOLDMAN |
| Anh Hoang, et al, | ) FAMILY TRUST TO RESPOND TO COMPLAINT |
| Defendants | ) |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendants, Anh Hoang Individually and d/b/a

Silky Nails; Balson-Goldman Family Trust, by and through

their respective attorneys of record, Scott N. Johnson;

Eric Garner, stipulate as follows:

       1. No extension of time has been previously

          obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Anh Hoang Individually and d/b/a
   Silky Nails; Balson-Goldman Family Trust are
   granted an extension until July 23, 2012 to
   respond or otherwise plead reference to
   Plaintiff's complaint.

3. Defendants Anh Hoang Individually and d/b/a
   Silky Nails; Balson-Goldman Family Trust
   response will be due no later than July 23,
   2012.


   IT IS SO STIPULATED effective as of May 16, 2012


Dated:   May 18, 2012                    /s/Eric Garner_____ ____

                                         Eric Garner,

                                         Attorney for Defendants

                                         Anh Hoang Individually

                                         and d/b/a Silky Nails;

                                         Balson-Goldman Family

                                         Trust


Dated:   May 16, 2012                    /s/Scott N. Johnson ____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED:** that Defendants Anh Hoang

2  Individually and d/b/a Silky Nails; Balson-Goldman Family

3  Trust shall have until July 23, 2012 to respond to

4  complaint.

5

6  Dated:  5/22/2012          /s/ John A. Mendez___        _____

7                             United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com